UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | **CV 15-3845-TJH/CR 08-0128-TJH** | Date | OCTOBER 4, 2017 |

| Title | **CONSTANTINE PETER KALLAS v. UNITED STATES OF AMERICA** |

Present: The Honorable TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**Proceedings:** **IN CHAMBERS -ORDER AND NOTICE TO ALL PARTIES RE:**
**2255 Petition to vacate, set aside or correct sentence by a person in Federal custody**

The Court having carefully considered the papers and the evidence submitted by the parties, the Court hereby DENIES the Petitioners 2255 Petition to vacate, set aside or correct sentence by a person in Federal custody.

IT IS SO ORDERED.

cc: counsel of record (or parties)